IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GERALD R. DAVIS,<br><br>   Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>   Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-CV-0307-SCJ |

## **O R D E R**

Counsel for Plaintiff having filed Notice [Doc. 4] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 27th day of March, 2024.

_/s/ Steve C. Jones_
STEVE C. JONES
UNITED STATES DISTRICT JUDGE